# Lee Litigation Group, PLLC

148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1188
Fax: 212-465-1181
info@leelitigation.com

WRITER'S DIRECT:          (212) 465-1188
                         cklee@leelitigation.com

November 12, 2025



**Via ECF**
The Honorable Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *Rosario v. R&R Bakery Corp. et al*
                Case No. 1:25-cv-08027

Dear Judge Failla:

      We are counsel for Plaintiff and write to request that the Initial Pretrial Conference scheduled for November 20, 2025 (Dkt. No. 8) be adjourned. This is Plaintiff's first request for an adjournment or extension.

      As the Court is aware, Plaintiff effectuated service upon all Defendants by October 18, 2025 (Dkt. Nos. 6, 7, 10). Defendants' answers were due on October 29 and November 10, 2025. To date, no Defendant has appeared, and no answer or other responsive pleading has been filed.

      In addition to effectuating proper service, Plaintiff has made multiple attempts to contact Defendants, including calling Defendants' restaurants and serving copies of the Court's Order (Dkt. 8) on Defendants both in person and by mail. Defendants have not responded to any of these efforts. Accordingly, Plaintiff intends to move for default judgment against all Defendants pursuant to the Court's Individual Rules.

      In light of the foregoing, Plaintiff respectfully requests that the Initial Pretrial Conference scheduled for November 20, 2025, and the corresponding deadline to submit a proposed case management plan, be adjourned *sine die*.

      We thank the Court for its time on this matter.

Respectfully submitted,

*/s/ C.K. Lee*

Application GRANTED. The Initial Pretrial Conference previously scheduled for November 20, 2025, is ADJOURNED *sine die*, as are the corresponding deadlines to submit a proposed Case Management Plan and joint letter. Consistent with Plaintiff's letter, the Court expects Plaintiff to promptly seek certificates of default and pursue default judgment against Defendants.

Dated:    November 12, 2025         SO ORDERED.
          New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE